**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00363-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     FELIZARDO FLOREZ-GARCIA,
     *a.k.a. Jose Alberto Ruiz Leon,*

      Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **November 23, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **October 7, 2015** and responses to these motions shall be filed by **October 14, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **November 13, 2015 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 24th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge